Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7324 | **DATE** | 9/26/2001 |
| **CASE TITLE** | Rafael Roby vs. Sergeants McClain, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Roby is directed to file his application to proceed in forma pauperis on or before October 29, 2001. The Cook County States Attorney's office is directed to file a report in this chambers on or before October 29, 2001 as to whether Roby has indeed exhausted his administrative remedies.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | OCT 1 – 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | 4 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | DOCKETING | 9/28/2001 | |
| SN | courtroom deputy's initials | 01 SEP 28 PM 4: 51 | date mailed notice SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

RAFAEL ROBY,                      )
                                  )
                Plaintiff,        )
                                  )
     v.                           )     No. 01 C 7324
                                  )
SERGEANTS McCLAIN, et al.,        )
                                  )
                Defendants.       )

                            MEMORANDUM ORDER

     This Court's May 22, 2001 memorandum opinion and order

("Opinion") and its subsequent June 11, 2001 memorandum dismissed

the pro se 42 U.S.C. §1983 ("Section 1983") complaint brought by

Rafael Roby ("Roby") against two sergeants, a correctional

officer and a doctor--all of whom work at the Cook County

Department of Corrections ("County Jail")--because of Roby's

failure to have exhausted his administrative remedies as required

by 42 U.S.C. §1997e(a). Now Roby has filed this new action,

which advances identical substantive allegations as to the

claimed deprivation of his constitutional rights, while he

alleges in Complaint ¶III that his administrative remedies have

now been exhausted.

     This memorandum order will return to the latter subject, but

it must first address Roby's noncompliance with the statutory

requirements of 28 U.S.C. §1915 ("Section 1915"). Instead he has

asked for in forma pauperis treatment by filling out and

submitting a form from an Illinois state court--a puzzling lapse

in light of Roby's obvious awareness of (and compliance with) the Section 1915 requirements in conjunction with his earlier action.[1]

This Court is therefore transmitting to Roby, together with a copy of this memorandum order, the appropriate forms of Application To Proceed Without Prepayment of Fees ("Application"). Roby is ordered (1) to complete that form in appropriate fashion, (2) to obtain from the personnel at Shawnee Correctional Center (where he is now in custody) and, if necessary, personnel at the County Jail a printout or printouts covering transactions in his trust fund account or accounts for the period from March 1, 2001 to the date or dates of certification and (3) to submit the completed Application and printout or printouts to this Court on or before October 29, 2001. That will enable this Court to make the appropriate determination and calculations under Section 1915.

In the meantime copies of the new Complaint and of this memorandum order are contemporaneously being sent to the Cook County State's Attorney, whose assistants regularly act as counsel for County Jail personnel in Section 1983 actions. This transmittal is intended to enable the State's Attorney's Office

---

[1] As Roby's current filing reflects, this time he has provided only a self-certification as to his financial condition and his trust fund account, while Section 1915 also requires that input from the correctional institution itself.

2

to investigate the circumstances of Roby's pursuit of his administrative remedies and to report its view as to whether he has indeed exhausted them so that this action may proceed. That report, as well as Roby's materials ordered in the preceding paragraph, shall be filed in this Court's chambers on or before October 29, 2001, after which this Court will determine the appropriate next proceedings in this action.

_____
Milton I. Shadur
Senior United States District Judge

Date:   September 26, 2001